AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Levina Wong | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-12752-IT |
| Veson Nautical LLC and Sean Bridgeo | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Veson Nautical LLC and Sean Bridgeo                                                     .

Date:      12/30/2024

_____
*Attorney's signature*

Jamie Kessler BBO # 681867
*Printed name and bar number*
JACKSON LEWIS P.C.
75 Park Plaza - 4th Floor
Boston, MA 02116

_____
*Address*

Jamie.Kessler@jacksonlewis.com
*E-mail address*

(617) 367-0025
*Telephone number*

_____
*FAX number*