**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEVINA WONG,<br><br>    Plaintiff,<br><br>v.<br><br>VESON NAUTICAL LLC AND SEAN BRIDGEO,<br><br>    Defendant. | Civil Action No. 24-cv-12752-IT |

**NOTICE OF APPEARANCE OF EVE R. KELLER**

Please enter the appearance of Eve R. Keller of Jackson Lewis P.C. on behalf of Defendants, Veson Nautical LLC and Sean Bridgeo, in the above-captioned matter.

Respectfully Submitted,

Defendants,

VESON NAUTICAL LLC AND SEAN BRIDGEO,

By its attorney,

*/s/ Eve R. Keller*
Eve R. Keller, BBO #712209
Jamie Kessler BBO #681867
Jackson Lewis, P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Tel: (617) 305-1238
eve.keller@jacksonlewis.com
Jamie.kessler@jacksonlewis.com

Dated:    January 21, 2025

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that this 21st day of January, 2025 a copy of the foregoing document was filed with the Court via the ECF system and served on Plaintiff's counsel.

/s/ *Eve R. Keller*
JACKSON LEWIS P.C.