# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEVINA WONG,<br><br>                    Plaintiff,<br><br>v.<br><br>VESON NAUTICAL LLC and SEAN BRIDGEO,<br><br>                    Defendants. | Civil Action No. 24-CV-12752-IT |

### AGREEMENT OF EXPERTS, CONSULTANTS OR WITNESSES TO PROTECTIVE ORDER

1. I have been engaged as an expert or consultant by one of the parties in the above-referenced matter, or I am a fact witness with information relevant to a party's claims or defenses in the above-referenced matter.

2. I received and have read a copy of the Protective Order in this action, and agree to be bound by its terms.

3. I agree not to disclose or use any Discovery Materials for purposes other than those permitted by this Order without first having either the written consent of all parties or an order from the Court.

4. When I am informed that this case is concluded, or sooner upon the request of the party that retained me or an order of the court, I will immediately return all Discovery Material (including copies or any notes or reports created by me that contain Discovery Material) provided to me in this action which are governed by the protective order and designated as confidential or Attorneys Eyes Only, to the attorney who retained me or I will provide the attorney who retained me with a certification that I have destroyed all Discovery Material which is governed by the protective order (including copies or any notes or reports created by me that contain Discovery Material) provided to me in this action.

5. I consent to the jurisdiction of this Court, or another competent court in the Commonwealth of Massachusetts, for the purposes of enforcement of the terms of this Order. I consent to being served with legal process issued from federal and state courts in Massachusetts, irrespective or what state I live in or what contacts I have with the Commonwealth of Massachusetts, and I hereby irrevocably waive any objections to the personal jurisdiction or venue of these courts. I will not assert that any State or Federal Court in the Commonwealth of Massachusetts constitutes an unfair or inconvenient forum.

I ACKNOWLEDGE THAT THE VIOLATION OF THIS AGREEMENT OR OF THE PROTECTIVE ORDER IS A SERIOUS JUDICIAL OFFENSE AND MAY SUBJECT ME TO SUCH PENALTIES AS THE COURT MAY DETERMINE, AND THAT THIS AGREEMENT SHALL HAVE THE EFFECT OF A COURT ORDER.

_____

[NAME]

_____

[DATE]

4929-6408-6357, v. 1