**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LEVINA WONG, <br><br>     Plaintiff, <br><br> v. <br><br> VESON NAUTICAL LLC AND SEAN BRIDGEO, <br><br>     Defendant. | Civil Action No. 24-cv-12752-IT |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS**

Defendants Veson Nautical LLC ("Veson") and Sean Bridgeo ("Bridgeo") (collectively "Defendants") move pursuant to Fed. R. Civ. P. 26 and 37(a) and Local Rule 37.1, for an Order compelling Plaintiff Levina Wong ("Plaintiff") to produce relevant documents responsive to Defendants' Request for Production No. 18, which seeks non-privileged communications between herself and third parties concerning Bridgeo or the allegations underlying her Complaint or this lawsuit.

Plaintiff has improperly refused to produce non-privileged communications with third parties concerning Bridgeo or this lawsuit. Request No. 18 is narrowly tailored to communications directly bearing on the allegations, claims, defenses, and witnesses in this action, and those materials are plainly relevant and proportional because they may reveal Plaintiff's contemporaneous statements, identify witnesses, and lead to the discovery of admissible evidence. Plaintiff's boilerplate objections are unsupported and provide no basis to withhold discovery. The Court should overrule those objections and compel production of all responsive, non-privileged documents.

DEFENDANTS,

VESON NAUTICAL LLC

By its attorneys,

/s/ Eve R. Keller
Jamie Kessler, BBO # 681867
Eve Keller, BBO # 712209
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Telephone: (617) 367-0025
Jamie.kessler@jacksonlewis.com
Eve.keller@jacksonlewis.com

Date: 4/27/26

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I certify that I conferred with Plaintiff's Counsel regarding the issues encompassed by this motion and were not able to narrow the issues.

I certify that on this 27th day of 2026, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Eve R. Keller*
Jackson Lewis, P.C.

4917-2414-3781, v. 1