AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Levina Wong ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    1:24-cv-12752-IT |
| Veson Nautical LLC and Sean Bridgeo ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Levina Wong                                                                                            .

Date:      05/06/2026                                            *Sarah C. C. Tishler*
                                                                                  *Attorney's signature*

                                                                    Sarah Tishler, BBO No. 714062
                                                                    *Printed name and bar number*

                                                                    BECK REED RIDEN LLP
                                                                    155 Federal Street, Suite 1302
                                                                    Boston, Massachusetts 02110

                                                                                  *Address*

                                                                    tishler@beckreed.com
                                                                    *E-mail address*

                                                                    (617) 500-8660
                                                                    *Telephone number*

                                                                    (617) 500-8665
                                                                    *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the CM/ECF system on May 6, 2026 and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that nonregistered participants have been served this day by email.

*/s/ Sarah Tishler*

Sarah Tishler, BBO No. 714062