**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEVINA WONG,<br><br>               Plaintiff,<br><br>        v.<br><br>VESON NAUTICAL LLC and SEAN BRIDGEO,<br><br>               Defendants. | Civil Action No. 24-CV-12752-IT |

**PLAINTIFF LEVINA WONG'S MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff Levina Wong ("Ms. Wong" or "Plaintiff") hereby moves to compel discovery from Defendants Veson Nautical LLC ("Veson") and Sean Bridgeo ("Bridgeo") (collectively, "Defendants"). As reasons therefore, Plaintiff states as follows:

1.    Defendants have asserted sweeping objections in their written responses to Plaintiff's discovery requests that appear designed to thwart Plaintiff's ability to obtain discoverable information necessary to pursue her claims.

2.    Plaintiff has made repeated good faith efforts to find compromises to resolve the parties' differences without the Court's involvement, including written correspondence and several meet and confer calls. Nevertheless, Defendants stand by their objections.

3.    As further grounds for this Motion, Plaintiff submits the accompanying Memorandum of Law, which is being filed contemporaneously herewith and is incorporated herein by reference.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order overruling Defendants' objections to the discovery requests at issue herein, requiring Defendants to search

1

for and produce documents responsive to the Requests as described herein, and requiring Defendants to produce full and complete answers responsive to the Interrogatories as described herein, within ten (10) days of the Court's allowance of this Motion. A Proposed Order to that effect is attached to this Motion as Exhibit A.

WHEREFORE, Plaintiff's Motion to Compel Discovery should be granted.

Respectfully submitted,

Levina Wong,

By her attorneys,

/s/ *Nicole Corvini*

Nicole Corvini, BBO No. 670587
*ndaly@beckreed.com*
Heather Carlson Krauss, BBO No. 644457
*hkrauss@beckreed.com*
Sarah Tishler, BBO No. 714062
*tishler@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660
Fax: (617) 500-8665

Dated: May 6, 2026

2

## LOCAL RULES 7.1(a) and 37.1(b) CERTIFICATION

I hereby certify that Plaintiff's counsel has complied with the provisions of L.R. 7.1(a) and 37.1, through having conferred and attempted in good faith with Defendants' counsel to resolve or narrow the issues presented by this Motion, including by letters, emails, and teleconference meet and confers held on September 18, 2025; October 23, 2025; January 15, 2026; February 13, 2026; March 5, 2026; and April 16, 2026. As of May 5, 2026, the parties were unable to resolve their issues.

/s/ Nicole Corvini
Nicole Corvini, BBO No. 670587

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on May 6, 2026 and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that nonregistered participants have been served this day by email.

/s/ Nicole Corvini
Nicole Corvini, BBO No. 670587

3