## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEVINA WONG,<br><br>    Plaintiff,<br><br>  v.<br><br>VESON NAUTICAL LLC and SEAN BRIDGEO,<br><br>    Defendants. | Civil Action No. 24-CV-12752-IT |

### PROPOSED ORDER ON
### PLAINTIFF LEVINA WONG'S MOTION TO COMPEL DISCOVERY

This cause being heard by the undersigned upon Plaintiff Levina Wong ("Ms. Wong" or "Plaintiff")'s Motion to Compel Discovery pursuant to Fed. R. Civ. P. 37(a); and

It appearing to the Court that the written responses and objections of Defendants Veson Nautical LLC ("Veson") and Sean Bridgeo ("Bridgeo") (collectively, "Defendants") to certain of Plaintiff's First and Second Requests for the Production of Documents ("the Requests") and First and Second Sets of Interrogatories (the "Interrogatories") were unwarranted, and that Plaintiff's Motion to Compel Discovery should be ALLOWED;

IT IS THEREFORE ORDERED that:

1. Defendants shall search for and produce documents responsive to all the Requests from the email accounts and devices of the following additional custodians: Margaret Mo, Boey Yu, Ayla Ahmed, and Christiane Felts.

2. The objections in Defendants' Response Nos. 8-10, 18, 49, and 50 are OVERRULED. Defendants shall search for and produce all documents responsive to Request Nos. 8-

1

10, 18, 49, and 50 within ten (10) business days. This includes, but is not limited to, Renee Jackson's notes from her interviews with Ms. Wong, Demetri Beldekas, Kerry Unflat, Sean Bridgeo, and Sean Riley, and the Privileged Investigation Report from Investigator, all as set forth within Defendants' Privilege Log.

3. The remaining objections in Defendants' Response No. 18 are OVERRULED. Defendants shall produce all documents responsive to Request No. 18 within ten (10) business days.

4. The objections in Defendants' Response Nos. 20-22 are OVERRULED. Defendants shall produce documents responsive to Request Nos. 20-22 within ten (10) business days.

5. The objections in Defendants' Response No. 30 are OVERRULED. Defendants shall produce documents responsive to Request No. 30 within ten (10) business days.

6. The objections in Defendants' Answer No. 15 are OVERRULED, and Defendants shall produce a full and complete answer to Interrogatory No. 15 within ten (10) business days.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Compel Discovery is allowed as described above, and Defendants shall so comply.

IT IS SO ORDERED, this __ day of _____, 2026

/s/_____
Indira Talwani
United States District Court Judge

2