# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEVINA WONG,

               Plaintiff,

        v.

VESON NAUTICAL LLC and SEAN
BRIDGEO,

               Defendants.

Civil Action No. 24-CV-12752-IT

**DEFENDANTS AMENDED RESPONSES TO PLAINTIFF LEVINA WONG'S FIRST**
**SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Veson Nautical LLC ("Veson") and Sean Bridgeo (collectively "Defendants") hereby

provide amended responses to Plaintiff Levina Wong's ("Plaintiff") First Set of Requests for

Production of Documents as follows.

**SPECIFIC RESPONSES AND OBJECTIONS**

**REQUEST NO. 6:** All stuffed rats acquired by Bridgeo to carry out the rat incident as described

and alleged in the Amended Verified Complaint.

**RESPONSE NO. 6:** Defendants object to this request as it is overly broad, unduly burdensome,

and irrelevant to the needs of the case.  Subject to and without waiving this objection, Defendants

state that they no longer have the stuffed rats in their possession.

**AMENDED RESPONSE NO. 6:** Defendants object to this request as it is overly broad, unduly

burdensome, and irrelevant to the needs of the case as there is no dispute of fact that Bridgeo

acquired from Amazon and placed the stuffed rats in Plaintiff's office as a prank.  Subject to and

without waiving this objection, Defendants state that they no longer have the stuffed rats in their possession. Further responding, Defendants have no knowledge of what occurred to the stuffed rats.

**REQUEST NO. 15:** All documents concerning Ms. Wong's reports of resistant, exclusionary, and retaliatory behavior by Unflat and/or other employees in Veson's Human Resources Department as alleged in the Amended Verified Complaint, including, but not limited to, documents reflecting Veson's response(s).

**RESPONSE NO. 15:** Defendants object to this request as it is vague, ambiguous, overly broad, and unduly burdensome. Defendants also object to this request to the extent that it seeks disclosure of the mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of Defendants concerning the litigation or that it seeks documents protected by attorney client privilege, and work product. Defendants further object because Plaintiff never reported "resistant, exclusionary, and retaliatory behavior" by "other employees" in the Human Resources department during her employment.  Documents responsive to this request (if any) will be produced as they are maintained in the ordinary course of business.

**AMENDED RESPONSE NO. 15:** Defendants object to this request as it is vague, ambiguous, overly broad, and unduly burdensome. Defendants also object to this request to the extent that it seeks disclosure of the mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of Defendants concerning the litigation or that it seeks documents protected by attorney client privilege, and work product. Defendants further object because Plaintiff never reported "resistant, exclusionary, and retaliatory behavior" by "other employees" in the Human

Resources department during her employment. Subject to and without waiving this objection, Defendants refer Plaintiff to documents previously produced in discovery, bates stamped DEFENDANTS__000072-000074, 000098, and 000556. Further responding, see documents bates stamped DEFENDANTS__001522-001524.

**REQUEST NO. 17:** To the extent not covered by any foregoing Request, all documents concerning any pranks that Bridgeo has played on a Veson colleague including, but not limited to, documents reflecting any disciplinary action taken against Bridgeo as a result of such pranks and Veson policies implicated by such pranks.

**RESPONSE NO. 17:** Defendants object to this request as it is vague, ambiguous, overly broad, and unduly burdensome. Subject to and without waiving this objection, none.

**AMENDED RESPONSE NO. 17:** Defendants object to this request as it is vague, ambiguous, overly broad, and unduly burdensome. Subject to and without waiving this objection, Defendants refer Plaintiff to documents previously produced in discovery, bates stamped DEFENDANTS__000017, 000020, 000032, 000050-000052, 000104, 000119, 000137.

**REQUEST NO. 28:** All documents constituting Bridgeo's personnel file. This Request is not time limited.

**RESPONSE NO. 28:** Defendants object to this request as overly broad, and not properly limited in time or scope. Subject to and without waiving this objection, Mr. Bridgeo's 2024 performance evaluation and any disciplinary documents have been produced. (DEFENDANTS_000139-000140, 000307-000316).

3

**AMENDED RESPONSE NO. 28:** Defendants object to this request as overly broad, and not properly limited in time or scope. Subject to and without waiving this objection, Defendants refer Plaintiff to documents previously produced in discovery, bates stamped DEFENDANTS_000139-000140, 000307-000316. Further responding, see documents bates stamped DEFENDANTS_001525-001537.

**REQUEST NO. 34:** All documents concerning any Veson policy concerning the preservation or destruction of documents, generally and with respect to documents that may be relevant to this Action.

**RESPONSE NO. 34:** Defendants object to this request as it is overly broad and unduly burdensome. Subject to and without waiving this objection, Defendants have retained all documents related to Plaintiff's claims in this matter.

**AMENDED RESPONSE NO. 34:** Defendants object to this request as it is overly broad and unduly burdensome. Subject to and without waiving this objection, see documents bates stamped DEFENDANTS_001538-001547.

Respectfully submitted,

VESON NAUTICAL LLC and SEAN BRIDGEO

By their attorneys,

*/s/ Eve R. Keller*

Jamie Kessler, BBO # 681867
Eve Keller, BBO # 712209
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116

T: 617-367-0025; F: 617-367-2155
Jamie.kessler@jacksonlewis.com
Eve.keller@jacksonlewis.com

Dated: November 21, 2025

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of November 2025, a copy of the foregoing document was served on opposing counsel by electronic mail.

COUNSEL FOR LEVINA WONG
Nicole Corvini
Heather Carlson Krauss
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
ndaly@beckreed.com
hkrauss@beckreed.com

*/s/ Eve R. Keller*
Jackson Lewis P.C.

5