**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEVINA WONG,

     Plaintiff,

v.                                                                                        Civil Action No. 24-cv-12752-IT

VESON NAUTICAL LLC AND SEAN
BRIDGEO,

     Defendant.

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S**
**OPPOSITION TO MOTION TO COMPEL**

Defendants Veson Nautical LLC ("Veson") and Sean Bridgeo ("Bridgeo") (collectively "Defendants") move the Court to allow them to file a reply to Plaintiff Levina Wong's ("Plaintiff") Opposition to Defendants' Motion to Compel. In further support, Defendants state as follows:

1.     On April 27, 2026, Defendants filed their Motion to Compel Plaintiff's Production of Documents ("Motion") relating to Plaintiff's refusal to produce non-privileged communications with third parties concerning Bridgeo or the subject matter of this lawsuit.

2.     On May 11, 2026, Plaintiff filed an opposition to Defendants' Motion, arguing, in part, that Defendants' request for third-party communications is an overbroad "fishing expedition" designed to harass Plaintiff and is disproportionate to the needs of the case.

3.     A reply is warranted to permit Defendants to respond to these baseless arguments.

4.     Pursuant to Local Rule 7.1, Defendants conferred by email with Plaintiff's counsel on May 18, 2026 regarding Defendants' intent to file this motion. Plaintiff's counsel stated that she assents to the requested relief.

WHEREFORE, Defendants respectfully move the Court to grant this motion.

DEFENDANTS,

VESON NAUTICAL LLC and SEAN BRIDGEO

By their attorneys,

/s/ Eve R. Keller
Jamie Kessler, BBO # 681867
Eve Keller, BBO # 712209
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Telephone: (617) 367-0025
Jamie.kessler@jacksonlewis.com
Eve.keller@jacksonlewis.com

## CERTIFICATE OF SERVICE

This hereby certifies that on this 18th day of May, 2026, this document, filed through this Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper and/or electronic copy shall be served on non-registered participants pursuant to applicable rules.

*/s/ Eve R. Keller*
Jackson Lewis, P.C.

4917-3664-0427, v. 1