# EXHIBIT A

**<u>Defendants' Privilege Log</u>**

| Bates No. | Date | Subject/File Name | File Type | From | To | Basis | Description |
|---|---|---|---|---|---|---|---|
| N/A | 2/12/24 | Screen Shot Requested | Email | Kerry Unflat | Elise Busny, Pinkham Busny LLP | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 2/12/24 | Prep for Tomorrow's Call | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 2/12/24 | Slack Messages | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 2/14/24 | Veson Discussion | Pdf | Renee Jackson | | Attorney-Client Privilege / Work Product | Renee Jackson's notes from Plaintiff's investigation interview. |
| N/A | 2/15/24 | Veson Discussion/Demetri Beldekas | Pdf | Renee Jackson | | Attorney-Client Privilege/ Work Product | Renee Jackson's notes from Demetri Beldekas' investigation interview. |
| N/A | 2/15/24 | Veson Discussion/Kerry Unflat | Pdf | Renee Jackson | | Attorney-Client Privilege / Work Product | Renee Jackson's notes from Kerry Unflat's investigation interview. |
| N/A | 2/15/24 | Pic and Slack | Email | Renee Jackson | Elise Busny | Attorney-Client Privilege/ Work Product | Slack messages between Sean Riley and Plaintiff transmitted from Investigator to Veson's outside counsel at Veson's request to provide Veson with legal advice. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N/A | 2/15/24 | Veson Discussion/Sean Bridgeo | Pdf | Renee Jackson | | Attorney-Client Privilege / Work Product | Renee Jackson's notes from Sean Bridgeo's investigation interview. |
| N/A | 2/15/24 | Pic and Slack | Email | Renee Jackson | Elise Busny | Attorney-Client Privilege / Work Product | Slack messages transmitted from Renee Jackson to Elise Busny at Veson's request to provide Veson with legal advice. |
| N/A | 2/16/24 | Veson Discussion/Sean Riley | Pdf | Renee Jackson | | Attorney-Client Privilege / Work Product | Renee Jackson's notes from Sean Riley's investigation interview. |
| Defendants_000080 | 2/19/24 | Return to Office | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/5/24 | Draft Respectful Workplace Memos | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_000070 | 3/12/24 | Nike/Veson Phantom Plan Amendment for PEO | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/12/24 | Slack Messages | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/13/24 | Veson Nautical TelData Plan – Revision 3 | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | advice. |
| N/A | 3/13/24 | Boston Desk Moves | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/15/24 | Additional Documentation | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/15/24 | Levina's Space Request | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/15/24 | Levina 6.PNG | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_ 000002 | 3/18/24 | Portfolio Wide Finance Group | Email | Sean Bridgeo | Renee Jackson | Attorney-Client Privilege / Work Product | Email transmitting information to third-party investigator. |
| N/A | 3/19/24 | Notes from Levina Meeting | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_ 000067 | 3/20/24 | Employment Counsel | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/20/24 | Employment | Email | Sean Riley | Elise Busny | Attorney-Client | Email transmitting information to outside counsel for the purpose of |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Counsel | | | | Privilege | facilitating the provision of legal advice. |
| N/A | 3/20/24 | Introduction | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_000072 | 3/21/24 | Office Moves | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_000073 | 3/21/24 | Office Moves | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/21/24 | Office Moves | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/21/24 | Update: conversation with Levina | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 3/22/24 | Veson Respectful Workplace Drafts | Email | Kerry Unflat | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_001442 | 3/22/24 | Slack Message | Slack Message | Kerry Unflat | Sean Riley | Attorney-Client Privilege | Kerry Unflat shares what she discussed with Elise Busney for legal advice. |
| N/A | 4/8/24 | Veson Nautical | Pdf | Renee Jackson, | Elise Busny | Attorney-Client | Privileged Investigation Report from |

| | | Investigation | | Founder & CEO, Blue Oak Legal | | Privilege | Investigator. |
|---|---|---|---|---|---|---|---|
| N/A | 4/29/24 | Meeting Monday | Emails | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| N/A | 4/29/24 | Meeting Monday | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_000082 | 4/30/24 | Return to Work | Email | Stephanie Mosher | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice concerning Plaintiff's resignation. |
| Defendants_001316 | 4/30/24 | Slack Message | Slack Message | Stephanie Mosher | Kerry Unflat, Sean Riley | Attorney-Client Privilege | Stephanie Mosher shares what she discussed with Elise Busney for legal advice. |
| Defendants_000076 | 5/2/24 | Return to Work | Email | Stephanie Mosher | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice concerning Plaintiff's resignation. |
| Defendants_000075 | 6/14/24 | Resignation | Email | Sean Riley | Elise Busny | Attorney-Client Privilege | Email transmitting information to outside counsel for the purpose of facilitating the provision of legal advice concerning Plaintiff's resignation. |
| Defendants_000053 | 1/28/25 | French Working Hours | Email | Margaret Mo | Yasmin Mangalji, General Counsel | Attorney-client privilege / Work Product | Email transmitting information to Veson's General Counsel for the purpose of facilitating the provision of legal advice. |

| N/A | 6/23/25 | 2022 Employee Performance Rating Compensation-Executive | Email | Sean Riley | Yasmin Mangalji | Attorney-client privilege / Work Product | Email transmitting information to Veson's General Counsel for the purpose of facilitating the provision of legal advice. |
|---|---|---|---|---|---|---|---|
| N/A | 6/23/25 | 2023 Veson Management Comp Template | Email | Sean Riley | Yasmin Mangalji | Attorney-client privilege / Work Product | Email transmitting information to Veson's General Counsel for the purpose of facilitating the provision of legal advice. |
| Defendants_ 000580-81 | 7/2/25 | Kerry Unflat Departure | Email | Sean Riley | Jamie Kessler, Eve Keller | Attorney-client privilege | Email transmitting information to outside counsel in this matter for the purpose of facilitating the provision of legal advice. |
| Defendants_ 001491-92 | 7/28/25 | Contact Form Submission | Email | Sean Riley | Eve Keller | Attorney-client privilege | Email transmitting information to outside counsel in this matter for the purpose of facilitating the provision of legal advice. |