# EXHIBIT C

| | |
|---|---|
| **From:** | Keller, Eve R. (Boston) |
| **Sent:** | Friday, September 26, 2025 9:02 AM |
| **To:** | Nicole Daly |
| **Cc:** | Kessler, Jamie L. (Boston); Heather Krauss; Sarah Tishler; Bionelli, Sophie E. (Boston) |
| **Subject:** | Re: Levina Wong v. Veson Nautical LLC and Sean Bridgeo |
| **Attachments:** | Wong - ESI email search terms.docx; Wong - ESI search terms - updated for Slack Data.docx |

Good morning, Nicole,

Hope all is well. Below and attached please find the searches that we ran on ESI in the Wong matter:

Concerning the search parameters in Wong, we obtained the following custodians' email boxes as PST files: Levina Wong, Kerry Unflat, Sean Bridgeo, Sean Riley. The date range for the email boxes was January 1, 2023 to July 31, 2024.

We applied the attached keyword searches outlined in the first document.

In addition, we searched "Levina" or "Wong"

- In any emails exchanged with Sean Bridgeo and Kerry Unflat from 1/20/24-8/1/24; and
- In any emails exchanged with Sean Bridgeo and Sean Riley from 1/20/24-8/1/24

Concerning Slack channels, we obtained the following Slack channels with no date range limitation:
- Levina Wong and Sean Bridgeo
- Levina Wong and Kerry Unflat
- Sean Bridgeo and Kerry Unflat
- Sean Riley and Kerry Unflat
- Any channels between Levina Wong, Sean Bridgeo, Sean Riley, and Kerry Unflat (or any combination of those four).

We applied the search terms in the second document (please note that there were over 1.4 million documents of Slack data prior to applying the search terms).

Please let us know if you have any questions.

Thanks,
Eve



**Eve R. Keller**  (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116

Direct: (617) 305-1238 | Main: (617) 367-0025
Eve.Keller@jacksonlewis.com | www.jacksonlewis.com

(Boey OR Yu)
      w/10 female*
      w/10 gender
      w/10 sex
      w/10 stereotyp*
      w/10 woman
      w/10 women
      w/5 print*

(Levina OR Wong)
      w/10 "King & Spalding"
      w/10 "outside counsel"
      w/10 (rat OR rats)
      w/10 infestation
      w/10 mice
      w/10 mouse
      w/10 rodent*
      w/5 "right to disconnect"
      w/5 authority
      w/5 cancer
      w/5 female*
      w/5 gender
      w/5 humiliat*
      w/5 isolat*
      w/5 joke*
      w/5 prank*
      w/5 purview
      w/5 sensitive
      w/5 sex
      w/5 sick
      w/5 surgery
      w/5 teas*
      w/5 undermin*
      w/5 woman
      w/5 women

(Sean OR Bridgeo)
      w/10 (rat OR rats)
      w/10 female*
      w/10 gender
      w/10 mice
      w/10 mouse
      w/10 rodent*
      w/10 sex

w/10 woman
w/10 women
w/5 humor
w/5 joke*
w/5 prank*
w/5 undermin*

**All data:**
- Shipfix
- Gregory Tilmant
- Polish
- Poland
- London
- Office
- Office site
- Office relocation
- Office move
- Resignation
- Employment counsel
- Outside counsel

**"Sean or Bridgeo"**
w/10 gender
w/10 sex
w/10 female
w/10 women/woman
w/10 rat
w/10 rodent
w/10 mouse
w/5 undermine
w/ 5 prank
w/5 joke!
w/5 humor
w/10 London
w/10 Office
w/10 Office site
w/10 Office relocation
w/10 office move
w/ 10 employment counsel
w/10 outside counsel

**"Levina or Wong"**
w/10 "outside counsel"
w/5 cancer
w/5 sick
w/5 surgery
w/10 "King & Spalding"
w/10 rat!
w/10 rodent!
w/10 mouse
w/10 infestation
w/5 "right to disconnect"
w/5 authority

w/5 purview
w/5 tease
w/5 prank
w/5 joke
w/5 humiliate!
w/5 undermine!
w/5 isolate!
w/5 gender
w/5 sex
w/5 female
w/5 women/woman
w/5 sensitive
w/10 London
w/10 Office
w/10 Office site
w/10 Office relocation
w/10 office move
w/ 10 employment counsel
w/10 outside counsel
w/10 resignation
w/10 Shipfix
w/10 Gregory Tilmant
w/10 Poland
w/10 Polish

**"Kerry" or "Unflat"**

w/10 Shipfix
w/10 Gregory Tilmant
w/10 Poland
w/10 Polish
w/10 London
w/10 Office
w/10 Office site
w/10 Office relocation
w/10 office move
w/ 10 employment counsel
w/10 outside counsel

**"Boey or Yu"**

w/5 print!
w/10 female
w/10 woman
w/10 sex
w/10 gender
w/10 stereotype!

4922-9466-4534, v. 2