**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEVINA WONG,

      Plaintiff,

  v.

VESON NAUTICAL LLC and SEAN BRIDGEO,

      Defendants.

Civil Action No. 24-CV-12752-IT

---

**PLAINTIFF LEVINA WONG'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**

Plaintiff Levina Wong respectfully requests that the Court allow her to file a short reply of no more than five pages to the Opposition to Plaintiff's Motion to Compel filed by Defendants Veson Nautical LLC and Sean Bridgeo (collectively, "Defendants").

In support of this request, Plaintiff states as follows:

1.    On May 6, 2026, Plaintiff filed her Motion to Compel Discovery ("Motion") (Docket. No. 32) and supporting memorandum (Docket. No. 33) concerning *inter alia* Defendants' refusal to produce critical internal investigation files, additional corporate custodial records, and documents concerning the departure of former Chief People Officer Kerry Unflat.

2.    On May 20, 2026, Defendants filed their Opposition to Plaintiff's Motion, arguing, in part, that Plaintiff's request for company-wide discovery and third-party personnel information constitutes an overbroad "fishing expedition" and improperly seeks disclosure of materials protected by the attorney-client privilege and/or work-product doctrine. *See* Docket No. 37.

3.    A reply is warranted to permit Plaintiff to respond to these arguments. Specifically, a brief reply is required to clarify the First Circuit's implied waiver standards,

address Defendants' new "pattern-or-practice" pleading argument, and rebut Defendants' blanket work-product characterizations.

4.    Pursuant to Local Rule 7.1, Plaintiff conferred with Defendants' counsel regarding Plaintiff's intent to file this motion. Defendants' counsel stated that they assent to the requested relief.

WHEREFORE, Plaintiff respectfully moves the Court to grant this motion.

Respectfully submitted,

LEVINA WONG

By her attorneys,

/s/*Nicole Corvini*
Nicole Corvini, BBO No. 670587
*ndaly@beckreed.com*
Heather Carlson Krauss, BBO No. 644457
*hkrauss@beckreed.com*
Sarah Tishler, BBO No. 714062
*tishler@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

Dated: May 27, 2026

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on May 27, 2026 and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities.

/s/*Nicole Corvini*

2