**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEVINA WONG, <br><br> Plaintiff, <br><br> v. <br><br> VESON NAUTICAL LLC and SEAN BRIDGEO, <br><br> Defendants. | Civil Action No. 24-CV-12752-IT |

**JOINT MOTION TO EXTEND FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINES TO COMPLETE DEPOSITIONS**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16.1 of the United States District Court for the District of Massachusetts, this Court's December 4, 2021 Standing Order Regarding Requests for Adjournments or Extensions of Time, and the Court's March 12, 2025 Scheduling Order (Dkt. No. 16), Plaintiff Levina Wong ("Plaintiff") and Defendants Veson Nautical LLC and Sean Bridgeo ("Defendants," and together with Plaintiff, the "Parties") respectfully and jointly move to extend by three weeks the deadlines for completing depositions and fact discovery and for filing dispositive motions set forth in the February 20, 2026 Scheduling Order (Dkt. No. 26), in order to accommodate witness availability for depositions.

In support of this Motion, the Parties state:

1.     The Plaintiff commenced this action on October 30, 2024, alleging various causes of action related to her former employment by Defendants.

2.     The Parties have exchanged written discovery, and completed their respective productions of documents, subject to the pending motions to compel filed by Plaintiff and Defendants.

3.      The Parties have been working cooperatively to resolve several outstanding discovery issues in an effort to avoid unnecessary discovery motion practice. The handful of issues that the Parties could not resolve between themselves are set forth in the Parties' respective motions to compel, currently pending before the Court.

4.      While the Parties have begun taking depositions and currently have depositions scheduled for June 23 and June 25, several additional depositions must be scheduled after the current June 26 discovery deadline due to witness availability. Depositions are currently scheduled for June 29 and July 7, and the Parties anticipate scheduling several additional depositions within the next few weeks that will also fall outside the current discovery period because of witness availability. Moreover, Defendants have objected to several topics of Plaintiff's Rule 30(b)(6) deposition, and resolving those objections is dependent on the outcome of the motions to compel.

5.      The Parties anticipate completing depositions by July 17. However, depending on the outcome of the motions to compel, the Parties may need to recall certain witnesses if either side is required to produce additional documents.

6.      The Parties are available to attend the status conference on June 25, 2026, as currently scheduled. However, they would also be amenable to continuing the conference to on or around July 17, 2026, the newly requested discovery deadline. In addition, as noted above, a deposition is scheduled for June 25, and the Parties will need to break from that deposition in order to attend the conference.

7.      To allow sufficient time to complete depositions and prepare dispositive motions, the Parties agree and jointly move the Court to extend the deadlines set forth in the February 20, 2026 Scheduling Order (Dkt. No. 26) by three weeks, as follows:

| Item | Current Date | Requested Date |
|---|---|---|
| Deposition Deadline | June 26, 2026 | July 17, 2026 |
| Fact Discovery Deadline | June 26, 2026 | July 17, 2026 |
| Dispositive Motions | August 24, 2026 | September 14, 2026 |

8.      The Parties submit that the requested extension will provide sufficient time to complete depositions and prepare dispositive motions in this matter.

9.      No Party will be prejudiced by this Motion, and no other deadlines are impacted.

For the reasons stated in this Motion, the Parties respectfully request that the Court extend the tracking order deadlines as set forth herein.

Respectfully submitted,

Plaintiff,

LEVINA WONG

By her attorneys,

/s/ *Nicole Corvini*
Nicole Corvini, BBO No. 670587
*ndaly@beckreed.com*
Heather Carlson Krauss, BBO No. 644457
*hkrauss@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

Defendants,

VESON NAUTICAL LLC and
SEAN BRIDGEO

By their attorneys,

*/s/ Eve R. Keller*
Jamie L. Kessler, BBO #681867
Eve R. Keller, BBO #712209
Jackson Lewis, P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
TELE: (617) 367-0025
Jamie.Kessler@jacksonlewis.com
Eve.Keller@jacksonlewis.com

Dated: June 16, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Eve Keller, hereby certify that on June 16, 2026, a copy of the foregoing document was served on counsel for all appearing Parties via the ECF filing system.

/s/ *Eve Keller*

4903-1503-0965, v. 1